UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Paris F. F., | Case No. 22-cv-282 (TNL) |
|     Plaintiff, | |
| | **ORDER** |
| v. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security, | |
|     Defendant. | |

---

Clifford Michael Farrell, Manring & Farrell, 5810 Shier Rings Road, Front, Dublin, OH 43016; and Edward C. Olson, Reitan Law Office, 80 South Eighth Street, Suite 900, Minneapolis, MN 55402 (for Plaintiff); and

Ana H. Voss, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415; James D. Sides and Chris Carillo, Social Security Administration, 6401 Security Boulevard, Baltimore, MD 21235 (for Defendant).

---

This matter comes before the Court on the parties' Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, ECF No. 26, regarding fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

The parties have stipulated to an award to Plaintiff in the amount of $6,000.00 in attorney fees and a reimbursement to counsel in the amount of $0.00 in costs, for a total of $6,000.00, in full satisfaction and settlement of any and all claims Plaintiff may have under the EAJA. ECF No. 27 at 1. The parties acknowledge that under *Astrue v. Ratliff*, 560 U.S. 586 (2010), any award belongs to the plaintiff (and not counsel) and that such an award "can be offset to satisfy pre-existing debt that [the p]laintiff owes the United States."

1

Accordingly, pursuant to the parties' agreement and Joint Motion, the Court awards $6,000.00 in fees and costs under the EAJA.

Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, ECF No. 26, is **GRANTED**.

2. Plaintiff is awarded $6,000.00 in fees and costs under the EAJA, subject to offset by any preexisting debt that Plaintiff owes to the United States.

3. Any EAJA fees shall be paid to Plaintiff as the litigant pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

Date: November 21, 2023

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Paris F. F. v. Kijakazi*
Case No. 22-cv-282 (TNL)